**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

vs.                                                 CASE NO. 8:11-CR-323-T-17-TBM

MICHAEL MCBROOM
_____/

**ORDER**

This cause comes before the Court on the defendant's motion for reduction of sentence, the requested modification was based on the retroactive application of revised cocaine base sentencing guidelines (Doc. 822) filed by the Federal Public Defender. The Court also has before it the U.S. Probation Office Amendment Assessment (Doc. 805) and the government's response (Doc. 823). The Court has reviewed the motion, the Amended Assessment for the United States Probation Office, and the response to the motion by the government. The Court concludes that the defendant is not eligible for a reduction in sentence based on the amended guidelines and adopts the position of the Probation Office and the government that "Due to the reduction of the base offense level from 32 to 30, the two-level reduction at USSG §2D1.1(a)(5) is no longer applicable. As a result, Amendment 782 does not have the effect of lowering the defendant's applicable guideline range and a reduction is not authorized. USSG §1B1.10(a)(2)(B)." Accordingly, it is.

**ORDERED** that defendant's motion for modification of sentence be **denied**.

**DONE AND ORDERED** in Chambers in Tampa, Florida this 9th day of September, 2015.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record